**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ZEV KVITKY,                                    No. C 04-04817 SI

9              Plaintiff,                            **JUDGMENT**

10        v.

11   KRISTY SERMERSHEIM, LOCAL 715 OF THE
     SERVICE   EMPLOYEES   INTERNATIONAL
12   UNION, AFL-CIO/CLC,

13             Defendants.
                                                    /
14

15        The complaint was dismissed with leave to amend one claim.  No amended complaint was filed.

16   Accordingly, this action is dismissed and judgment is entered accordingly.

17

18        **IT IS SO ORDERED AND ADJUDGED.**

19

20   Dated: August 8, 2005

21                                          S/Susan Illston
                                            SUSAN ILLSTON
22                                          United States District Judge

23

24

25

26

27

28

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ZEV KVITKY,                                    No. C 04-04817 SI

9            Plaintiff,                             **JUDGMENT**

10     v.

11   KRISTY SERMERSHEIM, LOCAL 715 OF THE
     SERVICE   EMPLOYEES   INTERNATIONAL
12   UNION, AFL-CIO/CLC,

13           Defendants.
                                                /
14

15        The complaint was dismissed with leave to amend one claim.  No amended complaint was filed.

16   Accordingly, this action is dismissed and judgment is entered accordingly.

17

18        **IT IS SO ORDERED AND ADJUDGED.**

19

20   Dated: August 8, 2005

21                                          S/Susan Illston
                                            SUSAN ILLSTON
22                                          United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California